People v Hamilton (2026 NY Slip Op 00794)

People v Hamilton

2026 NY Slip Op 00794

Decided on February 11, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
VALERIE BRATHWAITE NELSON
PAUL WOOTEN
JANICE A. TAYLOR, JJ.

2022-05296
 (Ind. No. 1365/20)

[*1]The People of the State of New York, appellant,
vDylan Hamilton, respondent.

Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, Andrew Z. Wu, and Jonathan E. Maseng of counsel), for appellant.
Patricia Pazner, New York, NY (Robert C. Langdon of counsel), for respondent.

DECISION & ORDER
Appeal by the People from an order of the Supreme Court, Queens County (David J. Kirschner, J.), dated May 5, 2022. The order, insofar as appealed from, after a hearing, granted that branch of the defendant's omnibus motion which was to suppress physical evidence.
ORDERED that the order is affirmed insofar as appealed from.
The underlying facts of this appeal are set forth in this Court's decision and order in People v Creary (236 AD3d 672, 673), determining the codefendant's appeal from the same order now before this Court. For the same reasons we held in People v Creary in favor of the codefendant, here, the Supreme Court properly granted that branch of the defendant's omnibus motion which was to suppress physical evidence (see id. at 674-675; People v Dubuisson, 206 AD3d 757, 759; People v Pearson, 59 AD3d 743, 744).
IANNACCI, J.P., BRATHWAITE NELSON, WOOTEN and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court